UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN LEE,<br><br>   Plaintiff,<br><br> v.<br><br>HENRY G. JARECKI, CHRISTOPHER HARRISON, THE FALCONWOOD CORPORATION, DOES 1 THROUGH 50, INCLUSIVE, ABC CORPORATIONS 1 THROUGH 50, INCLUSIVE<br><br>   Defendants. | Case No. 18-CV-09400-CM<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION BY DEFENDANTS HENRY G. JARECKI, CHRISTOPHER HARRISON, AND THE FALCONWOOD CORPORATION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants Henry G. Jarecki, Christopher Harrison and the Falconwood Corporation, by and through the undersigned counsel, will move this Court, before the Honorable Colleen McMahon, United States District Judge, in Courtroom 24A at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on such day and at such time designated by the Court, for an Order dismissing the Complaint herein (Dkt. No. 3) pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

Dated: November 28, 2018

                    Respectfully submitted,

                    /s/ Gary J. Mennitt
                    Gary J. Mennitt
                    DECHERT LLP
                    Three Bryant Park
                    1095 Avenue of the Americas
                    New York, NY 10046
                    (212) 698-3831
                    (212) 314-0011 (facsimile)
                    gary.mennitt@dechert.com